**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50489 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-02166-JLS |
| v. | |
| SERGIO JIMENEZ-AGUILERA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted September 13, 2010 [**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Sergio Jimenez-Aguilera appeals from the 30-month sentence imposed

following his guilty-plea conviction for being a deported alien found in the United

States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Jimenez-Aguilera contends that the district court failed to consider properly his personal circumstances and that his sentence is substantively unreasonable. The district court did not procedurally err and Jimenez-Aguilera's sentence is reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States*, 552 U.S. 38, 51 (2007); *United States v. Valencia-Barragan*, 608 F.3d 1103, 1108-09 (9th Cir. 2010).

**AFFIRMED**.